IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE CATO CORPORATION, | § |
| Plaintiff, | § |
| v. | § |
| STITCH FIX, INC., | § |
| Defendant. | § |
| | § Civil Action No. 3:17-cv-00036-GCM |
| STITCH FIX, INC., | § |
| Counterclaimant, | § |
| v. | § |
| THE CATO CORPORATION, | § |
| Counterclaim Defendant. | § |

## **ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 9) filed by William C. Mayberry, concerning Louis T. Pirkey on March 22, 2017. Mr. Pirkey seeks to appear as counsel *pro hac vice* for Defendant and Counterclaimant Stitch Fix, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Pirkey is hereby admitted *pro hac vice* to represent Defendant and Counterclaimant Stitch Fix, Inc.

**SO ORDERED.**

Signed: March 23, 2017

Graham C. Mullen
United States District Judge