IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00036-GCM

| | |
|---|---|
| THE CATO CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| STITCH FIX, INC., | ) |
| Defendant. | ) |
| STITCH FIX, INC., | ) |
| Counterclaimant, | ) |
| v. | ) |
| THE CATO CORPORATION, CATO OF TEXAS L.P., CATO SOUTHWEST, INC., | ) |
| Counterclaim Defendants. | ) |

**THIS MATTER** is before the Court on Defendant and Counterclaimant Stitch Fix, Inc.'s Unopposed Motion to Seal. (Doc. No. 16).

For good cause show, IT IS ORDERED that the Motion be and it hereby is GRANTED. Pursuant to Local Civil Rule 6.1, the proprietary and trade secret information contained in Stich Fix's Brief in Support of its Motion for Preliminary Injunction as well as the Declaration of Cristina Angeli is placed under seal until further disposition by this Court.

**SO ORDERED.**

Signed: March 27, 2017

Graham C. Mullen
United States District Judge