# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00036-GCM

| | |
|---|---|
| THE CATO CORPORATION, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** <br>) |
| STITCH FIX, INC., | )<br>) |
| **Defendant.** | )<br>) |
| ——————————————— | )<br>) |
| STITCH FIX, INC., | )<br>) |
| **Counterclaimant,** | )<br>) |
| v. | )<br>) |
| THE CATO CORPORATION, CATO OF TEXAS L.P., CATO SOUTHWEST, INC., | )<br>)<br>) |
| **Counterclaim Defendants.** | ) |

**THIS MATTER** is before the Court on the Defendant's Motion for Preliminary Injunction (Doc. No. 19), Plaintiff's Response in Opposition (Doc. No. 24), and Defendant's Reply (Doc. No. 28).

For the reasons stated in open court, this motion is hereby **DENIED**.

**SO ORDERED.**

Signed: May 4, 2017

*[signature]*

Graham C. Mullen
United States District Judge